UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 14CR-2479-JLS |
| | ) | |
| Plaintiff, | ) | ORDER AND JUDGMENT |
| | ) | DISMISSING THE INDICTMENT |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| RENE SANCHEZ-SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

　　Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Indictment be dismissed without prejudice.

　　SO ORDERED.

Dated:　February 23, 2015

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge

1